UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN DEL MONTE,<br><br>    Plaintiff,<br><br>  v.<br><br>SUPPA, TRUCCHI AND HENEIN LLP, et al.,<br><br>    Defendants. | Case No. 15-cv-00226-KAW<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL BY NO LATER THAN 12/07/15**<br><br>Re: Dkt. No. 23 |

On July 28, 2015, Plaintiff filed a Notice of Settlement. She also requested that she be allowed to file a dismissal within 130 days. Accordingly, the parties shall file a stipulation of dismissal by no later than December 7, 2015.

IT IS SO ORDERED.

Dated: 08/26/2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge